```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

**KEYNO DANZELL WILLIAMS,**          )
                                      )
        Movant,          )
                                      )
   vs.                            )    No. 4:05CV56-DJS
                                      )
**UNITED STATES OF AMERICA,**        )
                                      )
        Respondent.      )

### JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this  30th  day of September, 2005.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE